■ In the Matter of JOHN A.H., Appellant, v PATRICIA A.T., Respondent. [836 NYS2d 481]—Appeal from an order of the Family Court, Wayne County (Dennis M. Kehoe, J.), entered June 6, 2006. The order dismissed the petition seeking visitation with the parties' child.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs. Present—Hurlbutt, J.P., Martoche, Smith, Fahey and Green, JJ.

■ FRANK LALOGGIA, Appellant, v DOCUMENT SECURITY SYSTEMS, INC., Respondent. (Appeal No. 1.) [836 NYS2d 473]—Appeal from an order of the Supreme Court, Monroe County (Kenneth R. Fisher, J.), entered July 17, 2006. The order, insofar as appealed from, granted that part of defendant's motion for summary judgment dismissing the complaint.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see Hughes v Nussbaumer, Clarke & Velzy*, 140 AD2d 988 [1988]; *Chase Manhattan Bank, N.A. v Roberts & Roberts*, 63 AD2d 566, 567 [1978]; *see also* CPLR 5501 [a] [1]). Present—Hurlbutt, J.P., Martoche, Smith, Fahey and Green, JJ.

■ FRANK LALOGGIA, Appellant, v DOCUMENT SECURITY SYSTEMS, INC., Respondent. (Appeal No. 2.) [836 NYS2d 481]—Appeal from a judgment of the Supreme Court, Monroe County (Kenneth R. Fisher, J.), entered July 17, 2006. The judgment, upon an order granting that part of defendant's motion for summary judgment dismissing the complaint, dismissed the complaint and awarded costs and disbursements to defendant.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed without costs. Present—Hurlbutt, J.P., Martoche, Smith, Fahey and Green, JJ.